THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
GMAC Mortgage Corporation,       
Respondent,
 
 
 

v.

 
 
 
Richard B. Roach, Martha E. Roach, a/k/a Martha M. Roach, The Peoples 
 National Bank, Bank of America, N.A., and Blazer Financial Services,       
Defendants,
Of Whom Richard B. Roach, Martha E. Roach a/k/a Martha M. Roach are the,       
Appellants.
 
 
 

Appeal From Anderson County
Ellis B. Drew, Jr., Master-in-Equity

Unpublished Opinion No. 2003-UP-682
Submitted September 17, 2003  Filed 
 November 24, 2003

APPEAL DISMISSED

 
 
 
James Sidney Erwin, of Easley, for Appellants.
Beverly J. Finkel and Thomas A. Shook, both of Charleston, 
 for Respondent.
 
 
 

PER CURIAM:   Richard B. Roach and Martha 
 E. Roach, a/k/a Martha M. Roach, appeal from a default judgment in a mortgage 
 foreclosure action.  We dismiss the appeal pursuant to Rule 220, SCACR and the 
 following authority:  Winesett v. Winesett, 287 S.C. 332, 334, 338 S.E.2d 
 340, 341 (1985) (ruling a default judgment may not be directly appealed and 
 explaining, The proper procedure for challenging a default judgment is to move 
 the trial court to set aside the judgment pursuant to Rule 60(b), SCACR.  An 
 appeal may then be taken from the denial of this motion.).
 APPEAL DISMISSED.
 HUFF, STILWELL, and BEATTY, JJ., concur.